[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**

JAN 27 2023 JB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

GREGORY RITTER

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

23CV635
Judge Pallmeyer
Magistrate Judge Jantz
Randomly Assigned
PC 2 CAT 3

vs.       Case No:_____
          (To be supplied by the Clerk of this Court)

MUSKEGON COUNTY
PROSECUTOR, MICHIGAN

NORTON SHORES, MICHIGAN
CHIEF OF POLICE

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

✓ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

   A. Name: GREGORY RITTER

   B. List all aliases: _____

   C. Prisoner identification number: 86440-054

   D. Place of present confinement: MCC CHICAGO

   E. Address: 71 W. VANBUREN, CHICAGO, IL 60605

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: MUSKEGON, MICHIGAN COUNTY PROSECUTOR

   Title: PROSECUTOR,

   Place of Employment: MUSKEGON COUNTY

   B. Defendant: NORTON SHORES, MI, CHIEF of POLICE

   Title: CHIEF of POLICE

   Place of Employment: NORTON SHORES, MI

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

PLAINTIFF RITTER HAS REQUESTED FROM THE U.S. CLERKS OF COURTS OF THE 7th AND 2nd CIRCUITS TO VERIFY ALL LAWSUITS FILED.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Muskegon "Michigan" Prosecutor (Muskegon) and the Norton Shores "Michigan" Police Department (Norton Shores) have established a detainer by issuing a warrant on Gregory Ritter (Ritter) (Plaintiff) an inmate at MCC Chicago, who is preparing to re-enter society. Ritter has been detained and in the custody of the United States Bureau of Prisons (BOP) since December 27, 2018. Ritter was arrested on an unrelated complaint by the United States.

Ritter was aware of a non-extradiction warrant by the Fruitport "Michigan" (Fruitport) Police Department in December of 2018, after a traffic stop in Evanston, Il. Ritter was also aware of that SAME warrant on or after August of 2022, as an official report was filed by the United States Probation Department in a regu r Court proceeding. There was no other warrants found by any other entities as of August of 2022.

When Ritter applied for a Residential Program (Half- Way) house, and understanding that the Court was in favor of Ritter's relocation to a half-way house, to assist in the re-entry into society, because of Ritters' past and affe ted physical and mental health. Ritter was denied because of the detainer or warrant issued by the Fruitport Police.

After 6 months of inquiries, Fruitport did inform the officials at MCC Chicago that they did NOT have a warrant nor that a warrant existed. Fruitport and Norton Shores are located in Muskegon County.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

MCC Chicago inmates Systems. with information from the same letter issued by Fruitport, of the No warrant, did inform MCC that there were two other warrants issued (Norton Shores and Muskegon County) These warrants are listed on the Federal Bur. of Investigations' (FBI) NCIC system which most all law enforcment agencies use. The 2 other warran s were posted or entered on or after December 2022.

Evidence indicates that the Warrant/want/detainers were filed 4 years after Ritter's detainment and almost 5 years after Ritter had left Michigan. Ritter left Michigan to seek the Medical ca he needed.

The Court did recommend 9 months of RRC (half-way) House, with consideration to his housing status and serio medical condition.

Ritter and MCC Chicago has inquired about the validity of the Warrants. Both entities have declined to issue a detainer but did issue a warrant (non-extradictional) This alone does deny Ritter of any programs.

Ritter ha been denied a valuable tool to re-enter society by Muskegon and Norton Shores lached warrants which were then authored after Fruitport realized that the warrant they had, lacked merit. The warrant was dismissed. Ritter beleives that the Muskegon Warrant shadows Fruitport's warrant and Norton Shores Warrant may be in a violation of the Statute of Limitations. In all likelyhood both of ther outstanding warrants are over 4 years old and are brought in violation of Ritter's due process rights of the Fourth Amendment of the United States Constitution. Both Warrants have a scint of malicious prosecution.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

REMOVAL AND DISMISSAL OF ALL CRIMINAL CASES AND WARRANTS OR DETAINERS

NOT LESS THAN $200,000 PLUS COSTS.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18 day of January, 2023

_(signature)_

(Signature of plaintiff or plaintiffs)

GREGORY RITTER
(Print name)

86440-054
(I.D. Number)

MCC CHICAGO
71 W. VANBUREN
CHICAGO, IL 60605
(Address)

GREGORY RITTER
METROPOLITAN CORRECTION CENTER
71 W. VANBUREN
CHICAGO, IL 60605

S SUBURBAN IL 604
24 JAN 2023 PM 8 L



Legal
Mail

U.S. DISTRICT COURT
PRISONER CORRESPONDANCE
219 S. DEARBORN
CHICAGO, IL 60604

60604-180099

Legal
Mail

01/27/2023-16

JAN 24 2023

METROPOLITAN CORRECTIONAL CENTER
71 W VAN BUREN ST, CHICAGO
The enclosed letter was processed through special mail...
This letter has neither been...
...not inspected.

If the sender raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the sender encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.