UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY RITTER,

    Plaintiff,

v.

MUSKEGON COUNTY
PROSECUTOR, et al.,

    Defendants.

_____/

Case No. 1:23-cv-207

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint in the Northern District of Illinois on January 27, 2023. On February 27, 2023, the case was transferred to this district. On March 16, 2023, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2) and 1915A. The Report and Recommendation was duly served on the parties. On April 3, 2023, Plaintiff was granted an extension of the deadline to file objections (ECF No. 13). To date, however, no objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 11) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might

2

raise on appeal would be frivolous. *Coppedge v. United States*, 369 U.S. 438, 445 (1962). Accordingly, the Court certified that an appeal would not be taken in good faith.

    A Judgment will be entered consistent with this Order.

Dated:  May 19, 2023                                                  /s/ Paul L. Maloney  
                                                                                      Paul L. Maloney  
                                                                                      United States District Judge