UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY RITTER,

    Plaintiff,

v.

MUSKEGON COUNTY
PROSECUTOR, et al.,

    Defendants.
_____/

Case No. 1:23-cv-207

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  May 19, 2023

   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge